BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
2nd Floor Courthouse - Room 200C
1301 Clay Street
Oakland, CA 94612-5204
Telephone: (510) 637-3500

Counsel for Defendant JOVAN KING

**FILED**

NOV 2 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05 00689 MJJ [WDB] |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER MODIFYING RELEASE |
| vs. ) | CONDITIONS |
| ) | |
| JOVAN KING, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This Court ordered Jovan King released on the condition that he reside at Cornell

Corrections facility in Oakland, California. Mr. King wishes to spend the Thanksgiving

holiday with his fiancée. To date, he has complied fully with the conditions of his release. It

is STIPULATED AND AGREED that Mr. King may leave Cornell Corrections facility on

Thanksgiving day, under such terms and conditions as Pretrial Services deems appropriate.

All other conditions of Mr. King's release shall remain in effect.

cc: WDB's Stats, Copy to Pretrial
Financial, Monica Tutson & Parties via ECF

STIP/ORD

1         SO STIPULATED.

2

3    November 21, 2005                                    /S/

4                                                ALICIA FENRICK
                                               Assistant United States Attorney

5

6                                       /S/
     November 21, 2005

7                                               STEVE SHEEHAN
                                                U.S. Pretrial Services Officer

8

9

10                                      /S/
     November 21, 2005

11                                              JEROME E. MATTHEWS
                                                Assistant Federal Public Defender

12   I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

13

14        Good cause appearing therefor, IT IS ORDERED that Jovan King be permitted to leave

15   Cornell Corrections facility on Thanksgiving day under such terms and conditions as Pretrial

16   Services deems appropriate.

17   November 21, 2005

18

19

20                                     WAYNE D. BRAZIL
                                      United States Magistrate Judge

21

22

23

24

25

26

STIP/ORD                                    2