BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
2nd Floor Courthouse - Room 200C
1301 Clay Street
Oakland, CA 94612-5204
Telephone: (510) 637-3500

Counsel for Defendant JOVAN KING

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-05 00689 MJJ [WDB] |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING RELEASE CONDITIONS |
| vs. | ) | |
| JOVAN KING, | ) | |
| Defendant. | ) | |

This Court ordered Jovan King released on the condition that he reside at Cornell Corrections facility in Oakland, California. Mr. King presently is employed, has resided at Cornell without incident, and has complied fully with his conditions of release.

Markita Green, Mr. King's fiancee, recently gave birth to their child. Mr. King wishes to leave Cornell and reside with Ms. Green to provide support to her and to their young child.

In light of the foregoing, it is STIPULATED AND AGREED that Mr. King be released from Cornell Corrections facility. Mr. King shall reside with Ms. Green at 2636

STIP/ORD                                                  1

1  Adeline Street in Oakland, California. Mr. King shall be subject to electronic monitoring and
2  shall continue working at his place of employment. All other conditions of Mr. King's release
3  shall remain in effect. The parties represent that all sureties have been notified of the
4  proposed modifications and that all concur.
5      SO STIPULATED.

7  December 21, 2005
                                                    _____
8                                                   ALICIA FENRICK
                                                    Assistant United States Attorney

10
11 December 14, 2005
                                                    _____
                                                    SILVIO LUGO
12                                                  U.S. Pretrial Services Officer

14 December 14, 2005
                                                    _____
                                                    JEROME E. MATTHEWS
15                                                  Assistant Federal Public Defender

17      Good cause appearing therefor, IT IS ORDERED that Jovan King be permitted to leave
18 Cornell Corrections facility as arranged by Pretrial Services, shall reside with Ms. Green at 2636
19 Adeline Street, Oakland, California, shall be subject to electronic monitoring, shall continue
20 working at his place of employment, and shall otherwise comply with such other conditions as
21 Pretrial Services deems appropriate.

23 December 21, 2005
                                                    GRANTED
                                                    /s/ Elizabeth D. Laporte
25                                                  _____
                                                    ELIZABETH D. LAPORTE
                                                    United States Magistrate Judge

STIP/ORD                                    2