1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  2nd Floor Courthouse - Room 200C
   1301 Clay Street
4  Oakland, CA 94612-5204
   Telephone:  (510) 637-3500
5
   Counsel for Defendant JOVAN KING
6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,          )    No. CR-05 00689 MJJ [WDB]
12                                     )
                        Plaintiff,     )    STIPULATION AND [~~PROPOSED~~]
13                                     )    ORDER MODIFYING RELEASE
   vs.                                 )    CONDITIONS
14                                     )
   JOVAN KING,                         )    EDL DUTY MATTER
15                                     )
                        Defendant.     )
16 _____)

17
          Pursuant to stipulation, this Court ordered Jovan King released from Cornell
18
   Corrections facility in Oakland, California, and placed him on Electronic Monitoring, with all
19
   other pretrial release conditions remaining in effect.
20
          It is hereby further STIPULATED by and between the parties to this action that, as a
21
   condition of electronic monitoring, Mr. King shall be permitted to leave his residence for work,
22
   attorney visits, Pretrial Services visits, medical emergencies, and as directed by the Pretrial
23
   Services Agency.
24

25 //

26

   STIP/ORD                             1

1   This additional clarification of the previous order has been approved by Officer Richard Sarlatte,

2   Pretrial Services Agency.

3   I hereby attest that I have on file all holograph signatures for any signatures indicated by a

4   "conformed" signature (/S/) within this efiled document.

5         SO STIPULATED.

6

7   December 22, 2005

                                                            /S/
                                                    _____
8                                                   ALICIA FENRICK
                                                    Assistant United States Attorney

9

10  December 22, 2005

                                                            /S/
                                                    _____
11                                                  RICHARD SARLATTE
                                                    U.S. Pretrial Services Officer

12

13

14  December 22, 2005

                                                            /S/
                                                    _____
15                                                  JEROME E. MATTHEWS
                                                    Assistant Federal Public Defender

16  .

17         Good cause appearing therefor, IT IS ORDERED that, while on electronic monitoring,
    Jovan King be permitted to leave his residence for work, attorney visits, medical emergencies,
18  and as directed by the Pretrial Services Agency

19

20  December 23 , 2005

21

22  ELIZAB
    United Sta

23

24

25

26