BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
2nd Floor Courthouse - Room 200C
1301 Clay Street
Oakland, CA 94612-5204
Telephone: (510) 637-3500

Counsel for Defendant JOVAN KING

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-05 00689 MJJ [WDB] |
| Plaintiff, | ) ) | STIPULATION AND ORDER MODIFYING RELEASE CONDITIONS |
| vs. | ) ) | |
| JOVAN KING, | ) ) | |
| Defendant. | ) ) | |

     This Court ordered Jovan King released on the condition that he reside at Cornell Corrections facility in Oakland, California. He was released from Cornell Corrections in December, 2005, has resided with his fiancee since that time without incident, and has complied fully with his conditions of release. Mr. King has a potential job offer which will require him to travel to San Mateo County, specifically Foster City. Mr. King has an interview scheduled in Redwood City on Monday, February 13, 2006.

     Accordingly, it is STIPULATED AND AGREED that Mr. King be permitted to travel to Redwood City on February 13, 2006 for purposes of a job interview, and thereafter to

STIP/ORD                                                      1

1  Foster City, California for purposes of his employment should he be offered the job. Mr.
2  King shall be subject to such other conditions as Pretrial Services deems appropriate, and all
3  other conditions of Mr. King's release shall remain in effect.
4      SO STIPULATED.

6  February 8, 2006  /S/
7      ALICIA FENRICK
    Assistant United States Attorney

9  February 8, 2006  /S/
10     RICHARD SARLATTE
    U.S. Pretrial Services Officer

12 February 8, 2006  /S/
13     JEROME E. MATTHEWS
    Assistant Federal Public Defender

15 I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signatures (/S/) within this efiled document.

16     Good cause appearing therefor, IT IS ORDERED that Jovan King be permitted to travel
17 to Redwood City for purposes of a job interview on February 13, 2006, and thereafter to travel to
18 Foster City for purposes of employment should he be offered the job for which he is
19 interviewing.
20     Mr. King shall be subject to and shall otherwise comply with such other conditions as
21 Pretrial Services deems appropriate.

23 February  9 , 2006

IT IS SO ORDERED
Judge Wayne D. Brazil

25     WAYNE D. BRAZIL
    United States Magistrate Judge