E-filing

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI CHOI (WVASBN 0722)
3  Chief, Criminal Division

4  ALICIA W. FENRICK (CSBN 193860)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, California 94618
      Telephone: (510) 637-3680
7     FAX: (510) 637-3724

8  Attorneys for Plaintiff

FILED
MAR 23 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 05-00689 MJJ |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING EVIDENTIARY HEARING |
| v. | |
| JOVAN KING | |
| Defendant. | |

It is hereby stipulated by and between the parties that the evidentiary hearing in the above captioned case, which was set for March 3, 2006 at 1:30 p.m., be continued to April 12, 2006 at 9:30 a.m. The reason for the requested continuance is that counsel for the government had a previously scheduled evidentiary hearing in United States v. Angelo Trengali, CR 05-00610 DLJ, which conflicted with hearing date set in this case. In light of the pendency of defendant's

//
//
//

STIPULATION AND ORDER CONTINUING EVIDENTIARY HEARING

1  Motion to Suppress Evidence, the parties request that time be excluded to April 12, 2006
2  pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(F).

5  DATED: March 22, 2006

*(signed)* (SAUSA)
ALICIA W. FENRICK
for Assistant United States Attorney

8  DATED: March 20, 2006

*(signed)*
JEROME MATTHEWS
Counsel for Defendant

## ORDER

GOOD CAUSE APPEARING, IT IS ORDERED that the evidentiary hearing in the above captioned case be continued to April 12, 2006 at 9:30 a.m. IT IS FURTHER ORDERED that the time be excluded under the provisions of the Speedy Trial Act to April 12, 2006 because the ends of justice served outweigh the best interest of the public and the defendant in a speedy trial in order to allow for resolution of the pending pre-trial motion under 18 U.S.C. §3161(h)(1)(F).

DATED: March 23, 2006

*(signed)*
MARTIN J. JENKINS
United States District Judge

STIPULATION AND ORDER CONTINUING EVIDENTIARY HEARING