BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607
Telephone: (510) 637-3500

Counsel for Defendant JOVAN KING

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05 00689 MJJ [WDB] |
| Plaintiff, | STIPULATION AND ORDER MODIFYING RELEASE CONDITIONS |
| vs. | |
| JOVAN KING, | |
| Defendant. | |

    This Court ordered Jovan King released on the condition that he reside at Cornell Corrections facility in Oakland, California. He was released from Cornell Corrections in December, 2005, has resided with his fiancee since that time without incident, and has been working for the past seven months. He has complied fully with his conditions of release.

    Accordingly, it is STIPULATED AND AGREED that Mr. King release conditions be modified to eliminate the electronic monitoring requirement. Mr. King shall remain subject to such other conditions as Pretrial Services deems appropriate, and all other conditions of Mr. King's release shall remain in effect.

STIP/ORD        1

SO STIPULATED.

June 7, 2006

/S/
_____
ALICIA FENRICK
Assistant United States Attorney

June 5, 2006

/S/
_____
RICHARD SARLATTE
U.S. Pretrial Services Officer

June 2, 2006

/S/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Good cause appearing therefor, IT IS ORDERED that the conditions of Jovan King's release be modified to eliminate the requirement of electronic monitoring. Mr. King shall be subject to and shall otherwise comply with such other conditions as Pretrial Services deems appropriate.

June  9 , 2006

IT IS SO ORDERED
*[Signature: Wayne D. Brazil]*
Judge Wayne D. Brazil
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
WAYNE D. BRAZIL
United States Magistrate Judge