| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CSBN 138549)<br>Chief, Criminal Division |
| 4 | ALICIA W. FENRICK (CSBN 193860)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94618<br>Telephone: (510) 637-3680 |
| 7 | FAX: (510) 637-3724 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. 05-00689 MJJ |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER SETTING DATE FOR CHANGE OF PLEA |
| JOVAN KING | ) | |
| Defendant. | ) | |

It is hereby stipulated by and between the parties that the date scheduled for change of plea in the above captioned case be continued to August 31, 2006 at 2:00 p.m. The reason for the requested continuance is that while the parties agreed to a change of plea date of July 28, 2006, counsel for the government inadvertently neglected to calendar that date with the Court. Taking into consideration the schedules of both parties and the Court, August 31, 2006 is the first available date that all parties can appear. The parties further request that time be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(I) from the date of this Order to August 31, 2006, in

//

//

STIPULATION AND ORDER SETTING DATE FOR CHANGE OF PLEA

order for the Court to consider the proposed plea agreement submitted to the Court on or about July 27, 2006.

DATED: August 23, 2006            /S/
ALICIA W. FENRICK
Assistant United States Attorney

DATED: August 23, 2006            /S/
JEROME MATTHEWS
Counsel for Defendant

## ORDER

GOOD CAUSE APPEARING, IT IS ORDERED that the change of plea date in the above captioned case be continued to August 31, 2006 at 2:00 p.m. IT IS FURTHER ORDERED that the time be excluded under the provisions of the Speedy Trial Act to August 31, 2006 because the ends of justice served outweigh the best interest of the public and the defendant in a speedy trial in order to allow for the Court to consider the proposed plea agreement under 18 U.S.C. §3161(h)(1)(I).

DATED: August 24, 2006

MARTIN J. JENKINS
United States District Judge

STIPULATION AND ORDER SETTING DATE FOR CHANGE OF PLEA