1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  ALICIA W. FENRICK (CSBN 193860)
   Assistant United States Attorney
5
     1301 Clay Street, Suite 340S
6    Oakland, California 94618
     Telephone: (510) 637-3680
7    FAX: (510) 637-3724

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                          OAKLAND DIVISION
12

13
   UNITED STATES OF AMERICA,        )   No. 05-00689 MJJ
14                                  )
       Plaintiff,                   )   SCHEDULING ORDER
15                                  )   [PROPOSED]
       v.                           )
16                                  )
   JOVAN KING                       )
17                                  )
       Defendant.                   )
18  _____ )
                                    )
19

20
                                  ORDER
21
       IT IS HEREBY ORDERED that the above referenced matter be placed on my calendar for
22
   Arraignment on Superseding Information on August 30, 2006 at 10:00 a.m.
23

24
   DATED: August 25, 2006
25                                    _____
                                      WAYNE D. BRAZIL
26                                    United States Magistrate Judge

27

28


SCHEDULING ORDER