

# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs. )   Docket Number: CR 05-00689-1 MJJ
)
Jovan King )
)

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for ___December 15, 2006___ be continued until ___February 16, 2007___ at ___2:30 p.m.___ .

Date: 12/18/2006

Martin J. Jenkins
United States District Judge

NDC-PSR-009 12/06/04