# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
FEB 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket Number: CR 05-00689-1 MJJ |
| vs. ) | |
| Jovan King ) | |
| ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for  February 16, 2007  be continued until  March 30, 2007  at  2:30 p.m.  .

Date: 2/12/2007

Martin J. Jenkins
United States District Judge

NDC-PSR-009 12/06/04

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA et al,

          Plaintiff,

v.

KING et al,

          Defendant.

Case Number: CR05-00689 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on Febraury 13, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alicia Wiltz Fenrick
U.S. Attorney's Office
1301 Clay St., Rm 340S
Oakland, CA 94612

Jerome E. Matthews
Office of the Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3500

cc: U. S. Probation

Dated: February 13, 2007

Richard W. Wicking, Clerk
By: Betty Fong, Deputy Clerk