1  STEVEN G. KALAR
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  1301 Clay Street, Suite 1350N
   Oakland, CA 94612
4  Telephone:  (510) 637-3500

5  Counsel for Defendant JOVAN KING

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR 05 00689 YGR |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | STIPULATION AND ORDER |
|  | ) | CONTINUING HEARING DATE |
| vs. | ) |  |
|  | ) |  |
| JOVAN KING, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

   This matter presently is scheduled for a status conference regarding a pending supervised release violation on 18 February 2016.  The U.S. probation officer is in the process of working out a modification of Mr. King's supervised release conditions, which requires coordination with the U.S. Probation Office in the Eastern District of California.  The parties contemplate submitting a proposed modification to the Court for approval once the process is complete. Given that the probation officer needs additional time to complete this process, IT IS STIPULATED AND AGREED that the status conference set for 18 February 2016 may be vacated and this matter continued to **2 March 2016, a Wednesday at 3:00pm**.  The probation officer confirms that he will be available on that date.

STIP/ORDER                                              1

1
2
3  Dated: 10 February 2016                               _____/s/_____
                                                        ERIN CORNELL
4                                                       Assistant United States Attorney
5
6  Dated: 10 February 2016                               _____/s/_____
                                                        JEROME E. MATTHEWS
7                                                       Assistant Federal Public Defender
8
9         Good cause appearing therefor, IT IS ORDERED that the status conference set for 18
10 February 2016 is VACATED and that this matter is continued to **Wednesday, March 2, 2016**
11 **at 3:00pm**.
12
13 Dated: February 12, 2016                              _____
                                                        YVONNE GONZALEZ ROGERS
14                                                      United States District Court Judge
15
16
17
18
19
20
21
22
23
24
25
26

STIP/ORDER                                    2